ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ABELINO ESPINOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 313-055 |
| | ) | |
| STACY N. STONE, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R), to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for an emergency injunction is **DENIED**. (Doc. no. 7.)

SO ORDERED this 8th day of January, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] The Court granted Plaintiff's request for an extension to object to the R&R through December 12, 2013 (doc. no. 13), but Plaintiff did not submit objections.