ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 FEB 18 AM 9:39

CLERK C. Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ABELINO ESPINOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 313-055 |
| | ) | |
| STACY N. STONE, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 17). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for an extension of time in which to pay the initial partial filing fee is **DENIED AS MOOT** (doc. no. 12), his complaint is **DISMISSED** for failure to state a claim upon which relief may be granted, and this civil action is **CLOSED**.

SO ORDERED this 18th day of February, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE